# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMES MOBLEY, :

    Petitioner, :     Case No. 3:09cv00061

vs. :     District Judge Thomas M. Rose
    Magistrate Judge Sharon L. Ovington

WARDEN, Chillicothe :
Correctional Institution,     **DECISION AND ENTRY**
:

    Respondent.

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #49), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations. It is therefore **ORDERED** that:

    1.    The Report and Recommendations docketed on November 2, 2011 (Doc. #49) is ADOPTED in full;

    2.    James Mobley's Petition for Writ of Habeas Corpus (Doc. #1) is DENIED and DISMISSED;

    3.    A certificate of appealability under 28 U.S.C. §2253(c) shall not issue; and

    4.    The case is terminated on the docket of this Court.

December 5, 2011     *s/THOMAS M. ROSE*

    Thomas M. Rose
    United States District Judge