## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JAMES MOBLEY, | : |
| Petitioner, | : |
| | Case No. 3:09cv00061 |
| vs. | : |
| | District Judge Thomas M. Rose |
| WARDEN, Chillicothe Correctional Institution, | : Chief Magistrate Judge Sharon L. Ovington |
| | : |
| Respondent. | |
| | : |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #56), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.  Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on October 20, 2014 (Doc. #56) is ADOPTED in full;

2. Petitioner's Motion for Correction to Previous Motion for Review and Reconsideration (Doc. #55) is DENIED; and

3. The case remains terminated on the docket of this Court.

November 18, 2014                                                  *s/Thomas M. Rose
                                                                  _____
                                                                  Thomas M. Rose
                                                                  United States District Judge